UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
Esmeralda Cordea,

                                                                              Plaintiff,

**20-CV-1137 (BMC)**

-against-

**NOTICE OF MOTION**

City of New York, New York City Police Department
Kings County District Attorney's Office and Detective
Ronald Pereira,

                                                                      Defendants.

-------------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that defendants City of New York, New York City Police Department, Kings County District Attorney's Office, and Detective Ronald Pereira, upon the Memorandum of Law dated July 28, 2020, accompanying Declaration of W. KeAupuni Akina dated July 28, 2020, together with the attached Exhibits, and upon all prior pleadings and proceedings had herein, will move this Court, before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, New York, NY 11201, on a date and time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiff's First Amended Complaint with prejudice, and for such other and further relief as the Court deems just and proper.

        [THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's July 7, 2020 Order, plaintiff's opposition is due August 11, 2020, and defendants' reply is due August 18, 2020.

Dated: New York, New York
       July 28, 2020

                                JAMES E. JOHNSON
                                Corporation Counsel of the
                                   City of New York
                                *Attorney for Defendants City, NYPD, KCDA, and Pereira*
                                100 Church Street, Room 3-218
                                New York, New York 10007
                                Tel: (212) 356-2377
                                wakina@law.nyc.gov

                          By:    /s/ *W. KeAupuni Akina*
                                W. KeAupuni Akina
                                *Senior Counsel*

cc:     Shaun Gregory White, Esq. (via ECF)
        SLATER, SGARLATO & CAPPELLO, P.C.
        *Attorney for plaintiff*