LAW OFFICES OF

# SLATER, SGARLATO & CAPPELLO, P.C.

1298 Victory Boulevard
Staten Island, New York 10301

HERBERT J. SLATER
*(Deceased)*

ROBERT A. SGARLATO                                                                                          THOMAS J. CAPPELLO**

swhite@sscpclaw.com
SHAUN GREGORY WHITE**                     TEL:  (718) 448-6400
FAX:  (718) 448-0617

**Admitted NY & NJ*

August 17, 2020

<u>*Via ECF*</u>
The Honorable Judge Brian M. Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:   Letter Regarding Rule 41**
             **Cordea v. City of New York et al**
             **1:20-CV-01137-BMC**

Dear Honorable Judge Cogan,

    After conferring with defense counsel, we are in the process of preparing a stipulation pursuant to Rule 41 (a) (1) (A) (ii). After it is executed it will be uploaded forthwith.

    Thank you for your time and attention in this matter.

                                    Very respectfully yours,

                                    X`Shaun Gregory White
                                    **SLATER, SGARLATO & CAPPELLO, P.C.**